IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tracy Dean Miller,<br><br>    Petitioner,<br><br>vs.<br><br>Dora Schriro,<br><br>    Respondents. | No. CV 05-01769 PHX NVW<br><br>**ORDER** |

    Before the Court are Petitioner's *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (doc. # 1), United States Magistrate Judge Charles R. Pyle's Report and Recommendation (doc. # 17), and Petitioner's Objection to Magistrate's Report and Recommendation (doc. # 20).

    The Court has considered Petitioner's objections and reviewed the Report and Recommendation de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the Court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The Court agrees with the magistrate judge's determinations, accepts his recommended decision within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

1        IT IS THEREFORE ORDERED that the Report and Recommendation of Magistrate
2 Judge Pyle (doc. # 17) is accepted.
3        IT IS FURTHER ORDERED that Petitioner's *pro se* Petition for Writ of Habeas
4 Corpus pursuant to 28 U.S.C. § 2254 (doc. # 1) is denied and dismissed with prejudice.
5        IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment
6 accordingly and terminate this action.
7        DATED this 8th day of January 2007.

_____
Neil V. Wake
United States District Judge